NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001066
11-APR-2012
02:06 PM**

NO. CAAP-11-0001066

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
LIGAYA BALDUGO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 10-1-0041)

ORDER GRANTING DEFENDANT-APPELLANT'S
MOTION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Ligaya Baldugo's Motion for Dismissal of Appeal, the declaration in support, and the records and files herein, it appears that Appellant's declaration in support of the motion to dismiss shows that Appellant understands the consequences of dismissing the appeal and that the withdrawal of the appeal is voluntary.

Therefore, IT IS HEREBY ORDERED that the motion for dismissal of the appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, April 11, 2012.

Presiding Judge

Associate Judge

Associate Judge